**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00136-CR
## No. 05-16-00137-CR

**BENJAMIN KEVIN NEWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-81562-2014, 416-81563-2014**

## ORDER

The Court **GRANTS** appellant's July 7, 2016 motion to substitute counsel. Gary A.

Udashen is substituted for Hunter A. Biederman as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to:

Gary A. Udashen
Sorrels, Udashen & Anton
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
Telephone: (214) 468-8100
Facsimile: (214) 468-8104
Email: gau@sualaw.com

/s/     LANA MYERS
          JUSTICE